No. 77–1764. McLaughlin v. United States. C. A. 3d Cir. Certiorari denied.

No. 77–1768. Thomas v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 77–1769. Eastern Scientific Co. v. Wild Heerbrugg Instruments, Inc. C. A. 1st Cir. Certiorari denied.

No. 77–1771. Lustgarten v. Baker, Administrator, Highland District Hospital, et al. Ct. App. Ohio, Highland County. Certiorari denied.

No. 77–1772. Kahan et al. v. United States. C. A. 2d Cir. Certiorari denied.

No. 77–1773. Prune Bargaining Assn. et al. v. Bergland, Secretary of Agriculture, et al. C. A. 9th Cir. Certiorari denied.

No. 77–1774. Ford v. United States. C. A. 3d Cir. Certiorari denied.

No. 77–1776. Beardslee et ux. v. United States. C. A. 6th Cir. Certiorari denied.

No. 77–1777. Peltzman v. American Radio Assn. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 77–1778. Guiffre v. United States. C. A. 7th Cir. Certiorari denied.

No. 77–1781. Rabco Metal Products, Inc. v. National Labor Relations Board. C. A. 9th Cir. Certiorari denied.

No. 77–1782. Arthur Andersen & Co. v. Ohio et al. C. A. 10th Cir. Certiorari denied.